IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY DEPEW and SHARON R. DEPEW                                               PLAINTIFFS

v.                                           No. 3:05CV00070 GH

CONNECTICUT GENERAL INSURANCE
COMPANY a/k/a CIGNA HEALTH CARE                                              DEFENDANT

## ORDER

An ERISA scheduling order was filed on October 5th that directed that a "stipulated record **shall** be filed within sixty (60) days" of the file-date of that order and further directed a schedule for filing briefs. [Emphasis supplied.] The file reveals that the directives contained in the October 5th order have not been obeyed and that no party has moved for an extension of the deadlines.

Accordingly, the case is hereby dismissed without prejudice for failure to comply with the October 5th order and for failure to prosecute.

IT IS SO ORDERED this 29th day of December, 2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE